# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES                                              NO.   2023 CW 0837

VERSUS

LANA VENABLE                                      **OCTOBER 6, 2023**

---

In Re:   Lana Venable, applying for supervisory writs, Baton
         Rouge City Court, Parish of East Baton Rouge, No.
         2020-CV00766.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                         WRC
                         AHP
                         WIL

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
   FOR THE COURT